AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## *District of New York*

EVELINA D'NELSON

JUDGMENT IN A CIVIL CASE

v.

COSTCO WHOLESALE CORP.

CASE NUMBER: 03 CV 219 (CLP)

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT THIS ACTION, HAVING COME BEFORE THE COURT FOR A TRIAL BY JURY, AND

THE JURY HAVING RENDERED ITS VERDICT, JUDGMENT IS ENTERED IN FAVOR OF

DEFENDANT, COSTCO WHOLESALE CORP., FINDING IN FAVOR OF DEFENDANT ON

ALL CLAIMS IN THE COMPLAINT.

March 23, 2007
Date

Robert C. Heinemann
Clerk

Adam Heintz
*(By) Deputy Clerk*